MINUTE ENTRY
FALLON, J.
FEBRUARY 16, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILAL HANKINS | CIVIL ACTION |
| VERSUS | NO. 21-1129 |
| KEVIN WHEELER, ET AL | SECTION: L (1) |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:  Stephanie Willis, Esq., Amara Lopez, Esq., Christina Jensen, Esq., Christopher Andrews, Esq., Crystal Caldera, Esq., Nora Ahmed, Esq. and Patrick Gibbs, Esq., for Plaintiff
Mark Hanna, Esq., for Defendants Kevin Wheeler, Ramon Pierre, Carl Perilloux, Orleans Levee District Police and Hurtsville Security Neighborhood Improvement District, Kerry Najolia, Southeast Louisiana, Flood Protection Authority-East, Michael Brenckle, Darnell Laurent, Thaddeus Petit and Jamel Brown
Robert Kerrigan, Jr., Esq. and Beverly DeLaune, Esq. for Defendant Lakefront Management Authority
Rachel Wisdom, Esq., Heather Lonian, Esq. and Maggie Broussard, Esq. for Defendants Housing Authority of New Orleans, Tyrone Martin, Demetrius Jackson, Tommy Mercadel and Leontine Mullins

All Parties appeared via ZOOM.

1. Motion of Defendants, Housing Authority of New Orleans, Tyrone Martin, DemetriuJackson, Tommy Mercadel and Leontine Mullins, to Dismiss for Failure to State a Claim   (38)

2. Motion of Defendants, Kevin Wheeler, Ramon Pierre, Carl Perilloux, Orleans Levee District Police and Hurtsville Security Neighborhood Improvement District, Kerry Najolia, Southeast Louisiana, Flood Protection Authority-East, Michael Brenckle, Darnell Laurent, Thaddeus Petit and Jamel Brown, to Dismiss for Failure to State a Claim   (39)

3. Motion of Defendant, Lakefront Management Authority, to Dismiss for Failure to State a Claim  (40)

After argument – all motions were taken under submission.


JS10:    1:07