MINUTE ENTRY
FALLON, J.
AUGUST 25, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HANKINS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1129** |
| **WHEELER ET AL** | **SECTION "L" (1)** |

    A telephone status conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. Christopher Andrews and Christina Jensen participated on behalf of Plaintiff Bilal Hankins. Mark Hanna participated on behalf of Defendants Kevin Wheeler Carl Perilloux, Kerry Najolia, Michael Brenckle, Darnell Laurent, Thaddeus Petit, Hurstville Security and Neighborhood Improvement District, and the Southeast Louisiana Flood Protection Authority – East. Rachel Wisdom participated on behalf of the Housing Authority of New Orleans, Tyrone Martin, Demetrius Jackson, Tommy Mercadal, and Leontine Mullins. Beverly DeLaune participated on behalf of the Lakefront Management Authority.

    The Court discussed with the parties the status of the case and procedural plans to move the matter forward. The Court advised Plaintiff's counsel to proceed expeditiously with taking any necessary depositions. Last, the Court set another status conference in approximately 60 days. Accordingly,

    **IT IS ORDERED** that the parties participate in a telephone status conference on Thursday, October 20, 2022 at 3:30 p.m. C.S.T. The parties are instructed to use the following

information to participate and are expected to be on the line at least five minutes before the conference is scheduled to begin.

**Dial In:** 877-336-1839

**Access Code:** 4227405

JS10(00:12)