MINUTE ENTRY
FALLON, J.
OCTOBER 20, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HANKINS | CIVIL ACTION |
| VERSUS | NO. 21-1129 |
| WHEELER ET AL | SECTION "L" (1) |

    A telephone status conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. Christopher Andrews and Christina Jensen participated on behalf of Plaintiff Bilal Hankins. Mark Hanna participated on behalf of Defendants Kevin Wheeler Carl Perilloux, Kerry Najolia, Michael Brenckle, Darnell Laurent, Thaddeus Petit, Hurstville Security and Neighborhood Improvement District, and the Southeast Louisiana Flood Protection Authority – East. Rachel Wisdom participated on behalf of the Housing Authority of New Orleans, Tyrone Martin, Demetrius Jackson, Tommy Mercadal, and Leontine Mullins. Beverly DeLaune participated on behalf of the Lakefront Management Authority.

    The Court discussed with the parties the status of the case and procedural plans to move the matter forward. Counsel updated the Court on discovery.

JS10(00:07)