# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILAL HANKINS, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN WHEELER, RAMON PIERRE, and CARL PERILLOUX (in their individual and official capacities), THE ORLEANS LEVEE DISTRICT POLICE, THE HOUSING AUTHORITY OF NEW ORLEANS, THE HURSTVILLE SECURITY AND NEIGHBORHOOD IMPROVEMENT DISTRICT, and DOE INSURANCE COMPANIES 1-6, <br><br> Defendants. | Case No. 2:21-cv-01129 <br><br> Judge: Eldon E. Fallon <br><br> Magistrate Judge: Janis van Meerveld <br><br> *Jury Trial Demanded* |

## **ORDER**

Pursuant to the dismissal without prejudice of Defendant Lakefront Management Authority upon motion by the Plaintiff, granted by the Court at R. Doc. 117;

**IT IS HEREBY ORDERED** that Lakefront Management Authority's Motion for Summary Judgment, R. Doc. 103, shall be **DENIED AS MOOT**.

*[signature: Eldon E. Fallon]*

THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE