UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HANKINS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1129** |
| **WHEELER ET AL.** | **SECTION "L" (1)** |

    The Court will hold a telephone status conference to discuss the status of the case. **IT IS ORDERED** that the telephone status conference is **SCHEDULED** for January 30, 2023 at 8:15 A.M. C.S.T. Counsel are instructed to use the following dial-in information and to join the line five minutes before the scheduled time.

    **Dial-in:** 877-336-1839

    **Access code:** 4227405

    New Orleans, Louisiana, this 23rd day of January, 2023.

_____
**UNITED STATES DISTRICT JUDGE**