UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILAL HANKINS<br><br>Plaintiff,<br><br>VERSUS<br><br>KEVIN WHEELER, ET AL.<br><br>Defendants. | * <br> * CIVIL ACTION <br> * <br> * NO. 21-1129 <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * JANIS VAN MEERVELD <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### INDIVIDUAL HANO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE BASIS OF QUALIFIED IMMUNITY

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Tyrone Martin, Demetrius Jackson, Tommy Mercadal, and Leontine Mullins (collectively "HANO Officers") move the Court for a summary judgment dismissing Plaintiff Bilal Hankins' claims for supervisory liability made against the HANO Officers. As set forth more fully in the attached supporting memorandum, the Court should dismiss Plaintiff's claims because: (1) Plaintiff has failed to establish a constitutional violation by HANO police officer Ramon Pierre necessary to impose liability on the HANO Officers, and (2) even if Plaintiff's allegations amounted to a constitutional violation, the HANO Officers are entitled to qualified immunity as a matter of law.

Thus, the HANO Officers urge the Court to grant their motion and dismiss Plaintiff's claims against the HANO Officers in their entirety.

4203576v.1

- 2 -

Dated: March 7, 2023

Respectfully submitted,

*/s/ Maggie A. Broussard*
Rachel W. Wisdom, La. Bar No. 21167
Heather S. Lonian, La. Bar No. 29956
Maggie A. Broussard, La Bar No. 33033
Evan P. Lestelle, La. Bar No. 39609
   Of
Stone Pigman Walther Wittmann, L.L.C.
909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112-4042
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
Email: rwisdom@stonepigman.com
       hlonian@stonepigman.com
       mbroussard@stonepigman.com
       elestelle@stonepigman.com

*Attorneys for Defendants Tyrone Martin, Demetrius Jackson, Tommy Mercadal, and Leontine Mullins*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 7th day of March, 2023, the foregoing was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the CM/ECF system.

                                    */s/ Maggie A. Broussard*