## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**BILAL HANKINS**                                    **CIVIL ACTION NO.: 2:21-cv-001129**

**VERSUS**                                                    **JUDGE: ELDON E. FALLON**

**KEVIN WHEELER, RAMON PIERRE,**          **MAGISTRATE JUDGE:**
**CARL PERILLOUX, KERRY**                          **JANIS VAN MEERVELD**
**NAJOLIA, THE HOUSING**
**AUTHORITY OF NEW ORLEANS,**
**THE HURSTVILLE SECURITY AND**
**NEIGHBORHOOD IMPROVEMENT**
**DISTRICT, THE SOUTHEAST**
**LOUISIANA FLOOD PROTECTION**
**AUTHORITY-EAST, LAKEFRONT**
**MANAGEMENT AUTHORITY,**
**MICHAEL BRENCKLE, DARNELL**
**LAURENT, THADDEUS PETIT,**
**JAMEL BROWN, TYRONE MARTIN,**
**DEMETRIUS JACKSON, TOMMY**
**MERCADAL, LEONTINE MULLINS,**
**and DOE INSURANCE COMPANIES 1-**
**6**

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, come Defendants, Kevin Wheeler,

Ramon Pierre and Carl Perilloux (hereinafter collectively referred to as the "Hurstville Officers");

and Kerry Najolia, Michael Brenckle, Darnell Laurent, Thaddeus Petit and Jamel Brown

(collectively the "SLFPA-E Officers"), who move for summary judgment in their favor. The

Hurstville and SLFPA-E Officers are entitled to qualified immunity from Plaintiff's claims as there

was no violation of Plaintiff's constitutional rights. Alternatively, even assuming a constitutional

violation occurred—which is denied—Plaintiff cannot demonstrate that the Officers' alleged

conduct violated a constitutional right that was clearly established at the time of the challenged

conduct.

Further, because there was no constitutional violation by Officers Wheeler and Pierre who conducted the investigatory stop, there can be no individual/constitutional violation on the part of Carl Perilloux, Kerry Najolia, Michael Brenckle, Darnell Laurent, Thaddeus Petit and Jamel Brown for failure to train or supervise Officers Wheeler and Pierre. Additionally, as Officer Wheeler was working a paid detail for Hurtsville and was not "on the clock" for the SLFPA-E at the time of the incident, the SLFPA-E Defendants have no supervisory responsibility for Officer Wheeler and likewise have no individual capacity violation of Plaintiff's constitutional rights based on a failure to train or supervise.

In addition, if Plaintiff's federal claims are dismissed, the Court should dismiss his state law claims for the same reasons, or alternatively, decline to exercise supplemental jurisdiction over Plaintiff's state law claims. Therefore, Defendants are entitled to qualified immunity and the claims against them should be dismissed, with prejudice.

Respectfully submitted,

**s/ Mark E. Hanna**
MARK E. HANNA (#19336)
TREVOR M. CUTAIAR (#33082)
JOHN M. ZAZULAK (#38452)
MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC
701 Poydras Street, Suite 600
New Orleans, Louisiana 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
Email: mhanna@mblb.com
        tcutaiar@mblb.com
        jzazulak@mblb.com

*Attorneys for Hurstville Security and Neighborhood Improvement District, Kevin Wheeler, Ramon Pierre and Carl Perilloux; and Southeast Louisiana Flood Protection Authority-East, Orleans Levee District Police, Kerry Najolia, Michael Brenckle, Darnell Laurent, Thaddeus Petit and Jamel Brown*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 7, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

**<u>s/ Mark E. Hanna</u>**