UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HANKINS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1129** |
| **WHEELER ET AL** | **SECTION "L" (1)** |

**ORDER**

Due to the Court's unavoidable conflict;

**IT IS HEREBY ORDERED** that the oral arguments for motions at R. Doc. 142 and R. Doc. 143, currently set for April 26, 2023 at 9:00 A.M, be **RESET** for May 24, 2023 at 9:00 A.M. Parties shall appear in person at 500 Poydras Street, Courtroom C468, New Orleans, LA 70130.

New Orleans, Louisiana this 20th day of April, 2023.

**THE HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**