MINUTE ENTRY
FALLON, J.
MAY 24, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILAL HANKINS | CIVIL ACTION |
| VERSUS | NO. 21-1129 |
| KEVIN WHEELER, ET AL | SECTION: L (1) |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:  Stephanie Willis, Esq., Amara Lopez, Esq., Christina Jensen, Esq., Christopher Andrews, Esq., Erin Wheeler, Esq., Nora Ahmed, Esq. and Patrick Gibbs, Esq., for Plaintiff
Mark Hanna, Esq., for Defendants Kevin Wheeler, Ramon Pierre, Carl Perilloux, Hurtsville Security and Neighborhood Improvement District, Kerry Najolia, Southeast Louisiana Flood Protection Authority-East, Michael Brenckle, Darnell Laurent, Thaddeus Petit and Jamel Brown
Rachel Wisdom, Esq., for Defendants Housing Authority of New Orleans, Tyrone Martin, Demetrius Jackson, Tommy Mercadal and Leontine Mullins

Motion of Defendants, Demetrius Jackson, Tyrone Martin, Tommy Mercadal and Leontine Mullins, for Summary Judgment on the Basis of Qualified Immunity (142)

After argument – motion was taken under submission

Motion of Defendants, Michael Brenckle, Jamel Brown, Darnell Laurent, Kerry Najolia, Carl Perilloux, Thaddeus Petit, Ramon Pierre and Kevin Wheeler, for Summary Judgment (143)

After argument – motion was taken under submission

JS10:   1:22