UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HANKINS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1129** |
| **WHEELER ET AL.** | **SECTION "L" (1)** |

## ORDER

Given the Plaintiff's Motion to Continue Trial and Pre-Trial Deadlines,

**IT IS ORDERED** that a telephone status conference be **SCHEDULED** for

Thursday, July 20, 2023 at 8:30 A.M. C.S.T. Counsel are instructed to use the following dial-

in information and to join the line five minutes before the scheduled time.

    **Dial-in:** 877-336-1839

    **Access code:** 4227405

New Orleans, Louisiana, this 14th day of July, 2023.

 

_____

**UNITED STATES DISTRICT JUDGE**