UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BILAL HANKINS                                                                        CIVIL ACTION

VERSUS                                                                                    NO.  21-1129

KEVIN WHEELER ET AL                                                       SECTION: L (1)

J U D G M E N T

Considering this Court's Order & Reasons entered herein on September 6, 2023, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of the defendants, Kevin Wheeler, Michael Brenckle, Jamel Brown, Darnell Laurent, Kerry Najolia, Carl Perilloux, Thaddeus Petit, Ramon Pierre, Demetrius Jackson, Tyrone Martin, Tommy Mercadal and Leontine Mullins and against plaintiff, Bilal Hankins, dismissing the plaintiff's excessive force, unreasonable seizure, conspiracy, failure to train or supervise, and *Monell* claims. The Court declines to exercise supplemental jurisdiction over the remaining state law claims, and dismisses those without prejudice.

New Orleans, Louisiana, this   8th   day of September, 2023.

_____
**ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**