**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 6, 2024**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HANKINS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1129** |
| **WHEELER ET AL** | **SECTION "L" (1)** |

A telephone status conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. Christopher Andrews and Nora Ahmed participated on behalf of Plaintiff Bilal Hankins. Mark Hanna participated on behalf of Defendants Kevin Wheeler, Carl Perilloux, Kerry Najolia, Michael Brenckle, Darnell Laurent, Thaddeus Petit, Hurstville Security and Neighborhood Improvement District, and the Southeast Louisiana Flood Protection Authority – East. Rachel Wisdom appeared on behalf of Defendants Housing Authority of New Orleans, Tyrone Martin, Demetrius Jackson, Tommy Mercadal, and Leontine Mullins.

The Court discussed with the parties the status of the case in light of the recent Fifth Circuit Opinion on the matter. The Court also reset trial dates and scheduled another telephone status conference to monitor discovery. Accordingly;

**IT IS HEREBY ORDERED** that trial in this matter be **SET** for February 24, 2025 at 8:30 A.M. C.S.T. and an in-person pretrial conference be **SET** for February 12, 2025, at 1:30 P.M. C.S.T. A revised scheduling order is forthcoming.

**IT IS FURTHER ORDERED** that a telephone status be **SET** for October 8, 2024, at 1:30 P.M. C.S.T. Counsel are instructed to use the following dial-in information and to join the line at least five minutes before the scheduled time.

**Dial In:** 877-336-1839

**Access Code:** 4227405

JS10(00:09)