UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILAL HANKINS | * | CIVIL ACTION |
| Plaintiff, | * | |
| | * | NO. 21-1129 |
| VERSUS | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| KEVIN WHEELER, ET AL. | * | MAGISTRATE JUDGE |
| Defendants. | * | JANIS VAN MEERVELD |

## INDIVIDUAL HANO DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Tyrone Martin, Demetrius Jackson, Tommy Mercadal, and Leontine Mullins (collectively "HANO Officers") move the Court for a summary judgment dismissing Plaintiff Bilal Hankins' claims for supervisory liability made against the HANO Officers. As set forth more fully in the attached supporting memorandum, the Court should dismiss Plaintiff's claims because (a) Plaintiff cannot establish that the HANO Officers have any duty to supervise private details as a matter of law and (2) the HANO Officers are entitled to qualified immunity on Plaintiff's claims for failure-to-supervise, failure-to-train and failure-to-discipline as a matter of law.

Thus, the HANO Officers urge the Court to grant their motion and dismiss Plaintiff's claims against the HANO Officers in their entirety.

5675934v.1

Dated: October 7, 2024

Respectfully submitted,

/s/ Maggie A. Broussard
Rachel W. Wisdom, La. Bar No. 21167
Heather S. Lonian, La. Bar No. 29956
Maggie A. Broussard, La Bar No. 33033
   Of
Stone Pigman Walther Wittmann, L.L.C.
909 Poydras Street, Suite 3150
New Orleans, Louisiana  70112-4042
Telephone:  (504) 581-3200
Facsimile: (504) 581-3361
Email: rwisdom@stonepigman.com
       hlonian@stonepigman.com
       mbroussard@stonepigman.com

*Attorneys for Defendants Tyrone Martin, Demetrius Jackson, Tommy Mercadal, and Leontine Mullins*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 7th day of October, 2024, the foregoing was filed electronically through the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the CM/ECF system.

/s/ Maggie A. Broussard

5675934v.1