MINUTE ENTRY
FALLON, J.
OCTOBER 8, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HANKINS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1129** |
| **WHEELER ET AL** | **SECTION "L" (1)** |

    A telephone status conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. Christopher Andrews participated on behalf of Plaintiff Bilal Hankins. Mark Hanna participated on behalf of Defendants Kevin Wheeler Carl Perilloux, Kerry Najolia, Michael Brenckle, Darnell Laurent, Thaddeus Petit, Hurstville Security and Neighborhood Improvement District, and the Southeast Louisiana Flood Protection Authority – East. Rachel Wisdom and Maggie Broussard participated on behalf of the Housing Authority of New Orleans, Tyrone Martin, Demetrius Jackson, Tommy Mercadal, and Leontine Mullins.

    The Court discussed with the parties the status of the case. The Court advised Plaintiff's counsel to proceed expeditiously with taking any necessary depositions. Last, the Court set another status conference in approximately 30 days. Accordingly,

    **IT IS ORDERED** that the parties participate in a telephone status conference on Friday, November 8, 2024 at 8:30 A.M. C.S.T. The parties are instructed to use the following

information to participate and are expected to be on the line at least five minutes before the conference is scheduled to begin.

**Dial In:** 877-336-1839

**Access Code:** 4227405

JS10(00:03)