# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILAL HANKINS, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN WHEELER, RAMON PIERRE, and CARL PERILLOUX (in their individual and official capacities), THE ORLEANS LEVEE DISTRICT POLICE, THE HOUSING AUTHORITY OF NEW ORLEANS, THE HURSTVILLE SECURITY AND NEIGHBORHOOD IMPROVEMENT DISTRICT, and DOE INSURANCE COMPANIES 1-6, <br><br> Defendants. | Case No. 2:21-cv-01129 <br><br> Judge: Eldon E. Fallon <br><br> Magistrate Judge: Janis van Meerveld <br><br> *Jury Trial Demanded* |

## ORDER

Considering the foregoing ex parte motion to hear Plaintiff's motion to reset the submission date and extend the deadline to file an opposition to the Individual HANO Defendants' motion for summary judgment, and good grounds appearing therefore:

**IT IS ORDERED** that the submission date for Defendants' motions for summary judgment shall be reset from October 30, 2024 to November 6, 2024 at 9:00 am.

**IT IS FURTHER ORDERED** that the deadline for Plaintiff to file its Opposition memorandum(s) to Defendants' motions for summary judgment is extended to October 29, 2024.

New Orleans, Louisiana, this 21st day of October, 2024.

_____
United States District Judge