UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILAL HANKINS, *Plaintiff* | * | CIVIL ACTION |
| | * | NO. 21-1129 |
| | * | |
| VERSUS | * | SECTION: "L" (1) |
| | * | |
| KEVIN WHEELER, ET AL., *Defendant* | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

## ORDER SETTING STATUS CONFERENCE

**IT IS ORDERED** that a status conference shall be held via VIDEO CONFERENCE on **Wednesday, November 6, 2024**, at **10:00 a.m.**, before Magistrate Judge Janis van Meerveld. Only counsel for Plaintiffs and the Southeast Louisiana Flood Protection Authority – East Defendants need to participate. A Zoom for Government link will be circulated via email to counsel of record for the participating parties. By noon on Monday, November 4, 2024, the participating parties shall each send a letter via email to efile-vanmeerveld@laed.uscourts.gov outlining their position on the scope of discovery in light of the Court's previous orders (Doc. 104 and 144) and the Fifth Circuit's remand.

New Orleans, Louisiana, this 28th day of October, 2024.

Janis van Meerveld
United States Magistrate Judge