# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILAL HANKINS,<br><br>                Plaintiff,<br><br>v.<br><br>KEVIN WHEELER, RAMON PIERRE, and CARL PERILLOUX (in their individual and official capacities), THE ORLEANS LEVEE DISTRICT POLICE, THE HOUSING AUTHORITY OF NEW ORLEANS, THE HURSTVILLE SECURITY AND NEIGHBORHOOD IMPROVEMENT DISTRICT, and DOE INSURANCE COMPANIES 1-6,<br><br>                Defendants. | Case No. 2:21-cv-01129<br><br>Judge: Eldon E. Fallon<br><br>Magistrate Judge: Janis van Meerveld<br><br>*Jury Trial Demanded* |

## ORDER

Plaintiff Bilal Hankins requests Oral Argument on the Defendants' pending Motion for Summary Judgment. R. Doc. 198. Accordingly;

**IT IS HEREBY ORDERED** that Oral Argument on the Motion for Summary Judgment, R. Doc. 192, be **SET** for November 6, 2024 at 9:00 A.M.

New Orleans, Louisiana, this 30th day of October, 2024.

_____
United States District Judge