UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILAL HANKINS, *Plaintiff* | * * * | CIVIL ACTION<br>NO. 21-1129 |
| VERSUS | * * | SECTION: "L" (1) |
| KEVIN WHEELER, ET AL., *Defendant* | * * * * | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## ORDER CANCELLING STATUS CONFERENCE

The status conference set for **Wednesday, November 6, 2024,** at **10:00 a.m.**, before Magistrate Judge Janis van Meerveld, is hereby **CANCELLED**.

New Orleans, Louisiana, this 5th day of November, 2024.

_____
Janis van Meerveld
United States Magistrate Judge