UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILAL HANKINS,<br><br>   Plaintiff,<br><br> v.<br><br>KEVIN WHEELER, RAMON PIERRE, and CARL PERILLOUX (in their individual and official capacities), THE ORLEANS LEVEE DISTRICT POLICE, THE HOUSING AUTHORITY OF NEW ORLEANS, THE HURSTVILLE SECURITY AND NEIGHBORHOOD IMPROVEMENT DISTRICT, and DOE INSURANCE COMPANIES 1-6,<br><br>   Defendants. | Case No. 2:21-cv-01129<br><br>Honorable Eldon E. Fallon<br>United States District Judge<br><br>Honorable Janis van Meerveld<br>United States Magistrate Judge<br><br>*Jury Trial Demanded* |

**ORDER**

  Considering the foregoing Joint Motion to Extend Discovery and to Continue Trial and Pre-Trial Deadlines, R. Doc. 214;

  **IT IS HEREBY ORDERED** that the Joint Motion to Extend Discovery and to Continue Trial and Pre-Trial Deadlines is **GRANTED**.

  **IT IS FURTHER ORDERED** that a telephone status conference in this case is hereby **SET** for Wednesday, December 18, 2024 at 1:30 P.M. for the purpose of setting a new trial date. The parties are instructed to use the following dial-in information and to join the line **five minutes before** the scheduled time.

  Dial-in: 833-990-9400

  ID Code: 342767621

  New Orleans, Louisiana, this 12th day of December, 2024.

                          _____
                            United States District Judge