MINUTE ENTRY
FALLON, J.
DECEMBER 18, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BILAL HANKINS** | **CIVIL ACTION** |
| **VERSUS KEVIN** | **NO. 21-1129** |
| **WHEELER ET AL** | **SECTION "L" (1)** |

A telephone status conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. Joyce Victoria Rodriguez-Luna and Erin Bridget Wheeler participated on behalf of Plaintiff Bilal Hankins. Mark Hanna participated on behalf of Defendants Kevin Wheeler Carl Perilloux, Kerry Najolia, Michael Brenckle, Darnell Laurent, Thaddeus Petit, Hurstville Security, and the Southeast Louisiana Flood Protection Authority – East. Rachel Wisdom participated on behalf of the Housing Authority of New Orleans, Tyrone Martin, Demetrius Jackson, Tommy Mercadal, and Leontine Mullins. The Court discussed with the parties new pretrial and trial dates. Accordingly;

**IT IS HEREBY ORDERED** that the new trial date is **SET** for Monday, July 14, 2025 at 8:30 A.M.

**IT IS FURTHER ORDERED** that a pretrial conference to be held in the chambers is **SET** for Friday, June 27, 2025 at 8:30 A.M.

A revised scheduling order including new discovery and dispositive motion deadlines is forthcoming.

**IT IS FURTHER ORDERED** that a telephone status conference is **SET** for Wednesday, February 26, 2025 at 8:30 A.M. The parties are instructed to use the following dial-in information and to join the line **five minutes before** the scheduled time.

Dial-In: (833) 990-9400

Access Code: 342767621

New, Orleans, Louisiana, this 19th of December, 2024.

JS10(00:08)