**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BILAL HANKINS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1129** |
| **KEVIN WHEELER ET AL** | **SECTION "L"(1)** |

### ORDER AND REASONS

The Court has before it Plaintiff Bilal Hankins's Motion seeking to extend the discovery deadline in the above-captioned action. R. Doc. 311. Plaintiff seeks to extend the deadline so that he can retain a medical expert to rebut the report of the independent medical examiner ("IME"), Dr. Megan Alsop. R. Doc. 311-1 at 1–2. Defendant the Housing Authority of New Orleans opposes the Motion, R. Doc. 312, as do Defendants Michael Brenckle, Jamel Brown, Darnell Laurent, Kerry Najolia, Carl Perilloux, Thaddeus Petit, Ramon Pierre, Kevin Wheeler, the Hurstville Security and Neighborhood Improvement District, the Orleans Levee District Police, and the Southeast Louisiana Flood Protection Authority-East, R. Doc. 313. Plaintiff filed a reply memorandum. R. Doc. 314. Having considered the briefing in light of the applicable law and record facts, the Court will DENY the Motion.

As Defendants point out, the expert report deadline in this matter expired over eighteen months ago, on November 14, 2024. *See* R. Doc. 189 at 1–2. While the Court has granted several subsequent motions to extend the discovery deadline, the Court did not extend the expert report deadline, and specifically ordered that any other previously expired deadlines had not been reset. *See* R. Doc. 217 at 1. Moreover, Plaintiff did not seek to submit a rebuttal expert to the report of the IME within the 30-day period allowed by Federal Rule of Civil Procedure 26(a)(2)(D)(ii).

1

Accordingly, Plaintiff's request to obtain a new medical expert at this stage of the litigation, over five years after the subject incident and over eighteen months after the expert report deadline, is untimely. Plaintiff may challenge Dr. Alsop's report via pretrial motion practice and at trial via cross-examination. Accordingly;

**IT IS ORDERED** that the Motion, R. Doc. 311, is **DENIED**.

New Orleans, Louisiana, this 27th day of May, 2026.

_____
United States District Judge

2