**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| BILAL HANKINS,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN WHEELER, RAMON PIERRE, CARL PERILLOUX, THE HOUSING AUTHORITY OF NEW ORLEANS, THE HURSTVILLE SECURITY AND NEIGHBORHOOD IMPROVEMENT DISTRICT, THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY – EAST, MICHAEL BRENCKLE, DARNELL LAURENT, THADDEUS PETIT, JAMEL BROWN, KERRY NAJOLIA, and DOE INSURANCE COMPANIES 1-6,<br><br>Defendants. | Case No. 2:21-cv-01129<br><br>District Judge: Eldon E. Fallon<br><br>Magistrate Judge: Janis van Meerveld |

# ORDER

Considering the foregoing Motion for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) filed by Plaintiff Bilal Hankins, R. Doc. 324;

**IT IS ORDERED** that the Motion is **GRANTED**; that a final judgment that dismisses Plaintiff's claims against Defendant Housing Authority of New Orleans from the above-captioned lawsuit shall be entered pursuant to Federal Rule of Civil Procedure 54(b).

New Orleans, Louisiana, this 17th day of September, 2026.

Eldon E. Fallon

UNITED STATES DISTRICT JUDGE